IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CODY ALLEN ARAIZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cv-88-TMH |
| | ) | |
| ELMORE COUNTY COMM., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #6) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #6) of the Magistrate Judge is ADOPTED. It is further

ORDERED that this case is DISMISSED without prejudice due to Plaintiff's failures to prosecute this action and comply with the orders of this Court.

Done this 5th day of April, 2010.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE